# Third District Court of Appeal

## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0049
Lower Tribunal No. 14-10561

_____

**Vernal Khorran,**
Appellant,

vs.

**Harbor Freight Tools USA, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Billera Law, PLLC, John Fitzgerald Billera, and Marc Bebergal (Boca Raton); Christopher J. Bailey, for appellant.

Kubicki Draper, P.A., and Barbara Fox, for appellee.

Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.